UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-636 SBA | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 3, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) | | |
| CYNTHIA GRIFFITHS, ) | | |
| Defendant. ) | Date: September 29, 2009 Time: 9:00 a.m. Court: Hon. Saundra Brown Armstrong | |

The parties jointly requested that the hearing in this matter be continued from September 29, 2009 to November 3, 2009, and that time be excluded under the Speedy Trial Act between September 29, 2009 and November 3, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The government has produced discovery and defense counsel has been reviewing that discovery. The defense has been performing investigation and has a number of outstanding records requests for which it is awaiting responses. The defense needs additional time to review discovery, perform investigation, and discuss the case with the defendant. Defense counsel will be commencing a three week trial on September 28, 2009. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 3, 2009 AND TO EXCLUDE TIME
No. CR-09-0636 SBA

1  defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§
2  3161(h)(7)(A) and (B)(iv),
3      **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
4  September 29, 2009 to November 3, 2009 at 9:00 a.m., and that time between September 29,
5  2009 and November 3, 2009 is excluded under the Speedy Trial Act to allow for the effective
6  preparation of counsel, taking into account the exercise of due diligence, and continuity of
7  defense counsel.

9  DATED:9/28/09                                                             _Saundra B Armstrong_
                                                                      HON. SAUNDRA BROWN ARMSTRONG
10                                                                       United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 3, 2009 AND TO EXCLUDE TIME
No. CR-09-0636 SBA