UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-636 SBA |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | REQUEST TO CONTINUE HEARING |
| v. | ) | DATE TO DECEMBER 15, 2009 AND TO |
| | ) | EXCLUDE TIME UNDER THE SPEEDY |
| CYNTHIA GRIFFITHS, | ) | TRIAL ACT |
| | ) | |
| Defendant. | ) | Date:  November 3, 2009 |
| | ) | Time:  9:00 a.m. |
| | ) | Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from November 3, 2009 to December 15, 2009, and that time be excluded under the Speedy Trial Act between November 3, 2009 and December 15, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The government has produced discovery and defense counsel has been reviewing that discovery and performing investigation. The defense needs additional time to perform necessary additional investigation and legal research. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from

November 3, 2009 to December 15, 2009 at 9:00 a.m., and that time between November 3, 2009 and December 15, 2009 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED:_11/2/09

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

2