|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | OAKLAND DIVISION |

UNITED STATES OF AMERICA,                )   No. CR-09-0636 SBA
                                         )
    Plaintiff,                           )   [PROPOSED] ORDER GRANTING
                                         )   STIPULATED REQUEST TO CONTINUE
    v.                                   )   HEARING DATE TO JANUARY 28, 2010
                                         )   AND TO EXCLUDE TIME UNDER THE
CYNTHIA GRIFFITHS,                       )   SPEEDY TRIAL ACT
                                         )
    Defendant.                           )   Date:    December 15, 2009
                                         )   Time:    9:00 a.m.
                                         )   Court:   Hon. Saundra Brown
                                         )            Armstrong
                                         )

The parties jointly requested that the hearing in this matter be continued from December 15, 2009 to January 26, 2010, and that time be excluded under the Speedy Trial Act between December 15, 2009 and January 26, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The government has produced discovery and defense counsel has been reviewing that discovery. The defense needs additional time to do legal research, perform investigation, and discuss the case with the defendant. The defendant has been hospitalized during the past month. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(4), (h)(7)(A) and (7)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from December 15, 2009 to January 26, 2010 at 9:00 a.m., and that time between December 15, 2009 and January 26, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED:_12/10/09

_Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge