UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CYNTHIA GRIFFITHS, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> _____ ) | No. CR-09-0636 SBA <br><br> ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 9, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date:  January 26, 2010 <br> Time:  9:00 a.m. <br> Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from January 26, 2010 to March 9, 2010, and that time be excluded under the Speedy Trial Act between January 26, 2010 and March 9, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The government has produced discovery and defense counsel has been reviewing that discovery. The defense needs additional time to do legal research, perform investigation, and discuss the case with the defendant. The defendant has been hospitalized during the past few months. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(4), 3161(h)(7)(A)  and 3161(h)(7)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from January 26, 2010 to March 9, 2010 at 9:00 a.m., and that time between January 26, 2010 and March 9, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED:1/22/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 9, 2010 AND TO EXCLUDE TIME
No. CR-09-0636 SBA