1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant GRIFFITHS

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                     OAKLAND DIVISION

10 UNITED STATES OF AMERICA,      )   No. CR-09-0636 SBA
                                  )
11         Plaintiff,              )   [PROPOSED] ORDER GRANTING
                                  )   STIPULATED REQUEST TO CONTINUE
12      v.                         )   HEARING DATE TO APRIL 13, 2010
                                  )   AND TO EXCLUDE TIME UNDER THE
13 CYNTHIA GRIFFITHS,              )   SPEEDY TRIAL ACT
                                  )
14         Defendant.              )   Date:   March 9, 2010
                                  )   Time:   9:00 a.m.
15                                )   Court:  Hon. Saundra Brown
                                  )           Armstrong
16                                )

       The parties jointly requested that the hearing in this matter be continued from
March 9, 2010 to April 13, 2010, and that time be excluded under the Speedy Trial Act between
March 9, 2010 and April 13, 2010 to allow for the effective preparation of counsel, taking into
account the exercise of due diligence, and continuity of defense counsel.  The government has
produced discovery and defense counsel has been reviewing that discovery.  The defense needs
additional time to do legal research, perform investigation, and discuss the case with the
defendant.  The defendant has been hospitalized during the past few months.  Defense counsel
will be unavailable for two weeks this month.  For these stated reasons, the Court finds that the
ends of justice served by granting the continuance outweigh the best interests of the public and

STIP. REQ. TO CONTINUE HEARING DATE TO
APRIL 13, 2010 AND TO EXCLUDE TIME
No. CR-09-0636 SBA                                  1

1  defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C.

2  §§ 3161(h)(4), (h)(7)(A) and (7)(B)(iv),

3  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued

4  from March 9, 2010 to April 13, 2010 at 9:00 a.m., and that time between March 9, 2010 and

5  April 13, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of

6  counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

8  DATED: 3/8/10

                                    _____
                                    HON. SAUNDRA BROWN ARMSTRONG
                                    United States District Judge