JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG  (CABN 193730)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00636 SBA |
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| CYNTHIA ANN GRIFFITHS, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the U.S. Attorney for the Northern District of California dismisses the above-captioned Indictment.

DATED:  March 19, 2010              Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney


                                    _____/s/_____
                                    MAUREEN C. BESSETTE
                                    Assistant United States Attorney
                                    Chief, Oakland Branch

LEAVE GRANTED:

DATED: 3/19/10

                                    _____
                                    Hon. SAUNDRA BROWN ARMSTRONG

NOTICE OF DISMISSAL

1                                          United States District Judge